[No. 4017–8–III.  Division Three.  February 11, 1982.]

JACK J. ISLER, ET AL, *Respondents*, v. WENATCHEE DEVELOPMENT COMPANY, *Appellant*.

Appeal from a judgment of the Superior Court for Douglas County, No. 11426, Fred Van Sickle, J., entered May 29, 1980. *Affirmed* by unpublished opinion per McInturff, C.J., concurred in by Green and Munson, JJ.

[No. 9399–1–I.  Division One.  February 16, 1982.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN THOMAS LANDIN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 80–1–01114–2, Liem E. Tuai, J., entered October 8, 1980. *Affirmed* by unpublished opinion per Callow, J., concurred in by Andersen, C.J., and Durham, J.

[No. 9123–9–I.  Division One.  February 16, 1982.]

THE CITY OF SEATTLE, *Respondent*, v. MELVIN BOHLEEN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 80–1–01657–8, Jerome M. Johnson, J., entered July 30, 1980. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Durham, A.C.J., and Williams, J.